IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MI-BOX OF NORTH FLORIDA, LLC,
a Florida limited liability company,

       Plaintiff,

vs.                                         CASE NO. 3:23-cv-01497

MI-BOX HOLDING COMPANY, an
Illinois company, and
MI-BOX FLORIDA, LLC, a New
Hampshire limited liability company,

       Defendants.
_____/

**Unopposed Motion for Special Admission and Designation of Lead Counsel**

Benjamin B. Folsom, Esquire, moves for special admission to represent defendant MI-BOX Florida, LLC, in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the United States District Court for the District of New Hampshire, the United States District Court for the Northern District of Illinois, the United States District Court for the Central District of Illinois, United States District Court for the Eastern District of Wisconsin.

1

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida: None.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Subject to my special admission, I am designated as lead counsel for MI-BOX Florida, LLC, pursuant to Local Rule 2.02(a).

## Local Rule 3.01(g) Certification

I have conferred with counsel for all other parties and represent that the other parties do not oppose my special admission.

Respectfully submitted this 21st day of December, 2023.

          */s/ Benjamin B. Folsom*
Benjamin B. Folsom
Email: benjamin.folsom@mclane.com
MCLANE MIDDLETON
900 Elm Street, 10th Floor
Manchester, NH  03101
Telephone:  603-628-1323

Filed on behalf of movant by:

          */s/ Samuel J. Horovitz*
Samuel J. Horovitz
Florida Bar No.:  59015
Email: shorovitz@rtlaw.com

Angelo M. Patacca, Jr.
Florida Bar No.:  0047589
Email:  apatacca@rtlaw.com
ROGERS TOWERS, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL  32207
(904) 398-3911 – Telephone
(904) 396-0663 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Court with a copy served via email and U.S. Mail on this 21st day of December, 2023 upon the following:

>Robert F. Salkowski
>Jacky Beda
>Zarco Einhorn Salkowski, P.A.
>One Biscayne Tower
>2 S. Biscayne Blvd., 34th Floor
>Miami, FL  33131
>Emails:  rsalkowski@zarcolaw.com
>                acoro@zarcolaw.com
>                jbeda@zarcolaw.com
>                agarcia@zarcolaw.com
>                eservice@zarcolaw.com

*Attorneys for Plaintiff*

>TRITT & ASSOCIATES, P.A.
>Helen H Albee
>707 Peninsular Place
>Jacksonville, FL 32204
>Emails: helen.albee@atritt.com
>               karen.farber@atritt.com

*Attorneys for Defendant MI-BOX Holding Company*

>                /s/ Samuel J. Horovitz
>                        Attorney