United States District Court
Middle District of Florida
Jacksonville Division

**MI-BOX of North Florida, LLC**

    *Plaintiff,*

v.                                      No. 3:23-CV_1497-WWB-PDB

**MI-BOX HOLDING COMPANY &**
**MI-BOX FLORIDA, LLC**

    *Defendants.*

---

**Unopposed Motion for Special Admission and Designation as Lead Counsel**

      Channing Blair Hesse, Esquire, moves for special admission to represent MI-BOX Holding Company in this action.

      I am neither a Florida resident nor a member in good standing of The Florida Bar.

      I am a member in good standing of a bar of a United States district court; specifically, the Northern District of Illinois.

      I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in any cases in the last thirty-six months in state or federal court in Florida.

      I will comply with the federal rules and this Court's local rules.

1

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Pursuant to Local Rule 2.02, I will replace Helen H. Albee, Esq. as lead counsel for MI Holding Company upon approval of my special admission to appear in this matter.

## Local Rule 3.01(g) Certification

I have conferred with counsel for all other parties and represent that the other parties do not oppose my special admission.

*/s/ Channing Blair Hesse*
Channing Blair Hesse
Grogan, Hesse & Uditsky P.C.
Channing Blair Hesse (ARDC# 6224487)
Two Mid America Plaza, Suite 110
Oakbrook Terrace, IL 60181
(630) 833-5533
(630) 833-6855 (fax)
chesse@ghulaw.com
Counsel for MI-BOX HOLDING
COMPANY

Filed on behalf of Movant by:

**TRITT & ASSOCIATES, P.A.**

*s/Helen H. Albee*
Helen H. Albee
Florida Bar No.: 987247
707 Peninsular Place
Jacksonville, FL 32204
Telephone: (904) 354-5200
Facsimile: (904) 354-5256
Email:  helen.albee@atritt.com
Secondary Email: Karen.farber@atritt.com
Co-counsel for Defendant MI-BOX
HOLDING COMPANY

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I presented the foregoing for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record on this 10th day of January, 2024.

**TRITT & ASSOCIATES, P.A.**

*s/Helen H. Albee*
Helen H. Albee
