IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MI-BOX OF NORTH FLORIDA, LLC,      CASE NO. 3:23-CV-01497-BJD-PDB
a Florida limited liability company,

    Plaintiff,

vs.

MI-BOX HOLDING COMPANY, an
Illinois company, and
MI-BOX FLORIDA, LLC, a
New Hampshire limited liability company,

    Defendants.
_____/

## **NOTICE OF APPEARANCE**

    Jacky Beda, Esq. of the law firm Zarco Einhorn Salkowski, P.A., hereby gives Notice of his Appearance in the above-styled case on behalf of Plaintiff MI-BOX of North Florida, and requests that all pleadings and other papers filed or served by e-mail in this case shall be sent to:

    **Jacky Beda** [jbeda@zarcolaw.com and eservice@zarcolaw.com].

Dated: January 10, 2024

[Signature and Certificate of Service to Follow]

Respectfully submitted,

**ZARCO EINHORN SALKOWSKI, P.A.**
*Counsel for Plaintiff*
One Biscayne Tower
2 S. Biscayne Blvd., 34th Floor
Miami, Florida 33131
Telephone: (305) 374-5418


By: */s/ Jacky Beda*
    **ROBERT F. SALKOWSKI (FBN 903124)**
    E-mail: rsalkowski@zarcolaw.com
    Email: acoro@zarcolaw.com
    **JACKY BEDA (FBN 1003619)**
    E-mail: jbeda@zarcolaw.com
    E-mail: agarcia@zarcolaw.com
    E-mail: eservice@zarcolaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 10, 2024, a true and correct copy of the foregoing was served via electronic mail upon the following: Samuel J. Horovitz [shorovitz@rtlaw.com] and Angelo M. Patacca, Jr. [apatacca@rtlaw.com] ROGERS TOWERS, P.A. 1301 Riverplace Blvd., Suite 1500, Jacksonville, FL 32207; Benjamin B. Folsom [Bengamin.folsom@mclane.com] MCLANE MIDDLETON, 900 Elm Street, 10th Floor, Manchester, NH 03101; and Helen H. Albee [helen.albee@atritt.com and karen.farber@atritt.com] TRITT & ASSOCIATES, P.A. 707 Peninsular Place, Jacksonville, FL 32204.

By: */s/ Jacky Beda*
    **Jacky Beda**