UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MI-BOX OF NORTH FLORIDA, LLC,

    Plaintiff,

v.      Civil Action No. 3:23-CV-1497-WWB-PDB

MI-BOX HOLDING COMPANY, and
MI-BOX FLORIDA, LLC

    Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **DEFENDANT MI-BOX HOLDING COMPANY'S RULE 12(b)(6) MOTION TO DISMISS**

Defendant, MI-BOX HOLDING COMPANY ("MBH"), by and through its counsel of record, TRITT & ASSOCIATES, P.A. and GROGAN HESSE & UDITSKY, P.C. (*pro hac vice motion pending*), hereby moves to dismiss the Complaint filed by Plaintiff, MI-BOX OF NORTH FLORIDA, LLC ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 12(b)(6) and states as follows:

1. On November 10, 2023, Plaintiff filed its Complaint for Damages and Rescission alleging five counts. All but one count is directed against MBH: Count I: Violation of Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), Count II for fraudulent inducement directed only against co-defendant, MI-BOX Florida, Count III for violation of Florida Franchise Act; Count IV for rescission; and Count V for violation of the Florida business opportunity law.

2. The claims against MBH arise under the contract between Plaintiff and MBH which is attached as Exhibit 2 to the Complaint. This contract is dated March 10, 2021 and is titled MI-BOX® Equipment Purchase and Trademark License Agreement.

3. Plaintiff cannot bring claims under Counts I and IV because those claims fail to allege any specific allegations against MBH.

4. Plaintiff's state law statutory claims (Counts III and V) should be dismissed because the alleged franchise agreement is governed by New Hampshire law. *Cluck-U Chicken, Inc. v. Cluck-U Corp.*, 358 F. Supp. 3d 1295, 1309-1310 (M.D. Florida 2017).

5. For all of the reasons set forth in the accompanying memorandum, Plaintiff's Complaint should be dismissed.

WHEREFORE, Defendant, MI-BOX HOLDING COMPANY, respectfully requests that this Honorable Court grant its Motion to Dismiss Plaintiff, MI-BOX OF NORTH FLORIDA, LLC'S Complaint and for such further relief as this Court deems just.

**Local Rule 3.01(g) Certification**

Co-counsel for MBH, Channing Hesse (*pro hac vice motion pending*) has conferred with the counsel for the Plaintiff regarding the issues raises herein via email. Counsel for Plaintiff objects to the relief sought herein.

Date: January 12, 2024

Respectfully submitted,

**MI-BOX HOLDING COMPANY**

By: /s/*Helen H. Albee*_____
TRITT & ASSOCIATES, P.A.
Helen H. Albee
Florida Bar No.: 987247
707 Peninsular Place
Jacksonville, FL 32204
Telephone: (904) 354-5200
Facsimile: (904) 354-5256
Email:  helen.albee@atritt.com
Secondary Email: Karen.farber@atritt.com
One of its attorneys

Channing Blair Hesse
(*pro hace vice motion pending*)
GROGAN, HESSE & UDITSKY, P.C.
Two Mid America Plaza, Suite 110
Oakbrook Terrace, IL 60181
(630) 833-5533
chesse@ghulaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I presented the foregoing for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record on this 12th day of January, 2024.

/s/*Helen H. Albee*_____
Helen H. Albee