UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

************************************
MI-BOX OF NORTH FLORIDA, LLC,

    Plaintiff,

v.

MI-BOX HOLDING COMPANY, and
MI-BOX FLORIDA, LLC

    Defendants.
************************************

Civil Action No. 3:23-CV-1497-WWB-PDB

## DECLARATION OF MICHAEL BORN

I, Michael Born, have personal knowledge of the facts set forth below and if called to testify concerning these facts, I could do so competently. I declare as follows:

1. I am a co-founder, shareholder and Vice President of MI-BOX Holding Company ("MBH").

2. I submit this Declaration in support of MBH's Motion to Transfer Venue.

3. MBH is a mobile storage company that provides storage and moving solutions for both home and business using its patented container transport system and storage containers.

4. MBH structured its mobile storage business as a dealership network of licensees, granting licensees exclusive rights to operate MHC's patented lift system and use the MI-BOX trademarks in a defined geographic territory.

5. MBH sold the territory of the State of Florida to MI-BOX Florida, LLC ("MI-BOX FL") pursuant to a Master Dealer Agreement ("MDA").



EXHIBIT A

6. Pursuant to the MDA, MI-BOX FL then sold a dealership to MI-BOX of North Florida, LLC.

7. Matt Bianco, member of MI-BOX of North Florida, LLC, signed a MI-BOX® Equipment Purchase and Trademark License Agreement ("Equipment Agreement") with MBH and subsequently ordered two trucks with attached lift systems from MBH.

8. Mr. Bianco traveled twice to Illinois to pick up a truck and MI-BOX lift system.

I certify under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge and belief.

Dated this 12th day of January 2024.

_____
Michael Born