United States District Court
Middle District of Florida
Jacksonville Division

**MI-BOX OF NORTH FLORIDA, LLC,**

 *Plaintiff,*

**v.**            **NO. 3:23-CV-1497-WWB-PDB**

**MI-BOX HOLDING COMPANY &**
**MI-BOX FLORIDA, LLC,**

 *Defendants.*

_____

## Order

 Channing Blair Hesse, Esquire, moves to specially appear to represent MI-BOX Holding Company, in this action. Doc. 23.

 Based on the information with the motion, the Court **grants** the motion, Doc. 23; **permits** Hesse to specially appear to represent MI-BOX Holding Company, in this action; and **directs** Hesse to register with the Court's electronic case filing (ECF) system by completing the E-Filer Registration Form. The clerk will not send filings to Hesse by U.S. Mail.

 **Ordered** in Jacksonville, Florida, on January 17, 2024.


_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*