IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MI-BOX OF NORTH FLORIDA, LLC,        CASE NO. 3:23-CV-01497-WWB-PDB
a Florida limited liability company,

      Plaintiff,

vs.

MI-BOX HOLDING COMPANY, an
Illinois company, and
MI-BOX FLORIDA, LLC, a
New Hampshire limited liability company,

      Defendants.

_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Mi-Box of North Florida, LLC ("Plaintiff"), pursuant to Fed. R. Civ. P. 6 (b)(1)(A) and Local Rule 3.01, respectfully moves for an extension of time, up to and including February 1, 2024, to respond to several motions recently filed by Defendants. This motion is unopposed. In support of this Motion, Plaintiff states:

### Statement of Facts

1.      On January 9, 2024, and on January 12, 2024, Defendants Mi-Box Florida, LLC, and Mi-Box Holding Company filed several motions in response to Plaintiff's Complaint. Pursuant to Local Rule 3.01 (c), there are several different days on which Plaintiff's responses to Defendants' motions are due.

2.      Specifically, Plaintiff's response to Defendant Mi-Box Florida, Inc.'s Motion to Change Venue/Transfer Case Pursuant to 28 U.S.C. § 1404(a) [Dk # 18] is due January 23, 2024; Plaintiff's Response to Defendant Mi-Box Florida, Inc.'s Partial Motion to Dismiss Complaint [Dk # 20] is due January 29, 2024; Plaintiff's Response to Defendant Mi-Box Holding Company's

Motion to Dismiss Complaint [Dk # 25] is due February 2, 2024; and Plaintiff's Response to Defendant Mi-Box Holding Company's Motion to Change Venue/Transfer Case and Incorporated Memorandum of Law [Dk # 27] is due January 26, 2024.

3.      Plaintiff requires an extension of time to respond to Defendants' motions based on the present workload of Plaintiff's counsel. Additionally, because Defendants' motions present similar arguments that will require similar responses from Plaintiff,  aligning the deadlines on which Plaintiff is required to respond to Defendants' motions will promote the effective and efficient handling of this action for the parties and the Court.

4.      This is the first request for an extension made by Plaintiff to respond to Defendants' motions, and it is made before the expiration of the current deadlines. No party will be prejudiced by the extension requested herein.

5.      Defendants do not oppose the relief sought in this motion.

### Memorandum of Law

Pursuant to Fed. R. Civ. P. 6(b), the Court, with or without motion, may, for good cause shown, order an extension of a deadline prescribed by the federal rules or by prior order of the Court when such a request is made prior to the expiration of the period originally prescribed. Plaintiff requests the extension sought in this motion based on the existing case load of its counsel, and to align the deadlines on which its responses are due. This Motion is made in good faith, is not for the purpose of delay, and granting it will not prejudice any of the parties.

**WHEREFORE**, Plaintiff Mi-Box of North Florida, LLC respectfully requests that this Court enter an Order granting this Motion and providing it until February 1, 2024 to respond to the motions identified in Paragraph 2 herein, and for such other relief as this Court deems just and fair.

## **Local Rule 3.01(g) Certification**

Pursuant to Local Rule 3.01(g), undersigned counsel has conferred with Defendants' counsel. Defendants do not oppose the relief sought in this motion.

Dated: January 19, 2024                    Respectfully submitted,

**ZARCO EINHORN SALKOWSKI, P.A.**
*Counsel for Plaintiff*
One Biscayne Tower
2 S. Biscayne Blvd., 34th Floor
Miami, Florida 33131
Telephone: (305) 374-5418
By: s/ *Robert F. Salkowski*
    **ROBERT F. SALKOWSKI (FBN 903124)**
    E-mail: rsalkowski@zarcolaw.com
    Email: acoro@zarcolaw.com
    **JACKY BEDA (FBN 1003619)**
    E-mail: jbeda@zarcolaw.com
    E-mail: agarcia@zarcolaw.com
    E-mail: eservice@zarcolaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 19, 2024, a true and correct copy of the foregoing was served via electronic mail upon the following: Samuel J. Horovitz [shorovitz@rtlaw.com] and Angelo M. Patacca, Jr. [apatacca@rtlaw.com] ROGERS TOWERS, P.A. 1301 Riverplace Blvd., Suite 1500, Jacksonville, FL 32207; Benjamin B. Folsom [Bengamin.folsom@mclane.com] MCLANE MIDDLETON, 900 Elm Street, 10th Floor, Manchester, NH 03101; and Helen H. Albee [helen.albee@atritt.com and karen.farber@atritt.com] TRITT & ASSOCIATES, P.A. 707 Peninsular Place, Jacksonville, FL 32204.

    By: */s/ Robert F. Salkowski*
      **Robert F. Salkowski**