UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MI-BOX OF NORTH FLORIDA, LLC,

      Plaintiff,

v.                                          Case No.: 3:23-cv-1497-WWB-PDB

MI-BOX HOLDING COMPANY and MI-BOX FLORIDA, LLC,

      Defendants.

## ORDER

THIS CAUSE is before the Court on the Case Management Report filed by the parties (Doc. 31). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer, and then advise the Court, on the selection of a mediator, on or before **March 5, 2024.**

**DONE** and **ORDERED** in Jacksonville, Florida on February 6, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

Page **1** of **1**