IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MI-BOX OF NORTH FLORIDA, LLC,　　　　　CASE NO. 3:23-CV-01497-BJD-PDB
a Florida limited liability company,

    Plaintiff,
vs.

MI-BOX HOLDING COMPANY, an
Illinois company, and
MI-BOX FLORIDA, LLC, a
New Hampshire limited liability company,

    Defendants.
_____/

## NOTICE OF SELECTION OF MEDIATOR

    Plaintiff MI-BOX of North Florida, LLC ("Plaintiff"), by and through undersigned counsel and pursuant to the Court's Order dated February 6, 2024, hereby gives notice that the parties have agreed upon Terrance E. Schmidt, Esq. to serve as the mediator in this matter.

Dated: March 5, 2024

                                              Respectfully submitted,

                                              **ZARCO EINHORN SALKOWSKI, P.A.**
                                              *Counsel for Plaintiff*
                                              One Biscayne Tower
                                              2 S. Biscayne Blvd., 34th Floor
                                              Miami, Florida 33131
                                              Telephone: (305) 374-5418

                                            By: */s/ Robert F. Salkowski*_____
                                                  **ROBERT F. SALKOWSKI (FBN 903124)**
                                                  E-mail: rsalkowski@zarcolaw.com
                                                  Email: acoro@zarcolaw.com
                                                  **JACKY BEDA (FBN 1003619)**
                                                  E-mail: jbeda@zarcolaw.com
                                                  E-mail: agarcia@zarcolaw.com
                                                  E-mail: eservice@zarcolaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 5, 2024, a true and correct copy of the foregoing was served via electronic mail upon the following: Samuel J. Horovitz [shorovitz@rtlaw.com] and Angelo M. Patacca, Jr. [apatacca@rtlaw.com] ROGERS TOWERS, P.A. 1301 Riverplace Blvd., Suite 1500, Jacksonville, FL 32207; Benjamin B. Folsom [Bengamin.folsom@mclane.com] MCLANE MIDDLETON, 900 Elm Street, 10th Floor, Manchester, NH 03101; and Helen H. Albee [helen.albee@atritt.com and karen.farber@atritt.com] TRITT & ASSOCIATES, P.A. 707 Peninsular Place, Jacksonville, FL 32204.

By: */s/ Robert F. Salkowski*
**Robert F. Salkowski**