IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MI-BOX OF NORTH FLORIDA, LLC,
a Florida limited liability company,

    Plaintiff,

vs.                                    CASE NO. 3:23-cv-01497-WWB-PDB

MI-BOX HOLDING COMPANY, an
Illinois company, and
MI-BOX FLORIDA, LLC, a New
Hampshire limited liability company,

    Defendants.
_____/

## **UNOPPOSED MOTION TO WITHDRAW**

Samuel J. Horovitz, Esquire, under Local Rule 2.02(c), moves to withdraw from representing MI-BOX FLORIDA, LLC ("MB Florida"), in this action and states as follows:

1.     I certify that MB Florida consents to my withdrawal.

2.     MB Florida will continue to be represented by other counsel of record in this action, and my withdrawal will not result in a party proceeding pro se.

3.     My withdrawal will not delay this proceeding or result in a continuance.

4.     I have conferred in good faith with counsel for the other parties to this action, who do not oppose my withdrawal.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), I have conferred with counsel for all parties to this action and represent that no party opposes my withdrawal.

WHEREFORE, Samuel J. Horovitz respectfully requests that he be permitted to withdraw as counsel for MB Florida and be relieved of any further obligations and responsibilities as counsel in this case.

Respectfully submitted this 26th day of June, 2024.

By: /s/ Samuel J. Horovitz
Rogers Towers, P.A.
Samuel J. Horovitz
Florida Bar No. 059015
1301 Riverplace Blvd., Suite 1500
Jacksonville, Florida 32207
(904) 398-3911 (telephone)
(904) 396-0663 (facsimile)
shorovitz@rtlaw.com (email)