United States District Court
Middle District of Florida
Jacksonville Division

**MI-BOX OF NORTH FLORIDA, LLC,**

    *Plaintiff,*

v.                                       No. 3:23-cv-1497-WWB-PDB

**MI-BOX HOLDING COMPANY &**
**MI-BOX FLORIDA, LLC,**

    *Defendants.*

---

## Order

Proceeding under Local Rule 2.02(c) and without opposition, Sam Horovitz moves to withdraw as counsel for MI-BOX Florida, LLC, Doc. 38. Because MI-BOX Florida, LLC, consents to the withdrawal and will continue to be represented by other counsel, the plaintiff has no objection, and granting the relief will not affect case management, the Court **grants** the motion, Doc. 38, **permits** Mr. Horovitz to withdraw, and **directs** the clerk to modify the docket accordingly.

**Ordered** in Jacksonville, Florida, on July 1, 2024.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*